

|  |  |
|---|---|
| **Herb Ross/AKB/09/USCOURTS**<br>10/11/2010 09:30 AM | To (Terry Draeger) draeger@ak.net<br>cc (Kay Hill) kay.hill@usdoj.gov, (Dennis Fenerty) fenertyd@groheggers.com, Cheryl Rapp/AKB/09/USCOURTS, Amy<br>bcc<br>Subject A10-00352-HAR, Chandler Corp. Disclosure Statement |

**Cheryl**- Please docket a copy of this e-mail and serve or send a courtesy copy on SBA/Evergreen and the SBA for the two disaster loan. You may have to get the information from Terry on where or how to serve them, or from the mailing matrix if he does not have e-mail addresses.

**Terry**- I am in town for only a couple of days this month, so I'm sending you this e-mail of my comments on your request for a joint disclosure statement and confirmation hearing on 11/22-24/10, just before Thanksgiving. The proposed disclosure statement and plan were docket on 10/07/10 (DNs 37 and 38).

Although the debtor does not qualify as a small business case under 11 USC § 101(51C, 51D), and 11 USC § 1128(f) only explicitly provides for the court to conditionally approve a disclosure statement in small business cases and allow for a consolidated disclosure statement and confirmation hearing, we have, nonetheless, in the past done so in regular chapter 11 cases on occasion.

**In this case, I cannot conditionally approve the disclosure statement. My suggestion is we set a disclosure statement hearing only for Tuesday, 11/23/10, at 9:00am, to iron out any kinks in the disclosure statement and when it is approved, set a confirmation hearing in December**. If that date is okay for a disclosure statement hearing, let Cheryl know, and she can reserve that date for the hearing.

Here are some of the reasons I cannot conditionally approve the disclosure statement:

1-    **Class S-2, SBA/Evergreen**- There is no indication that this is an agreed settlement with this creditor. There is no indication of what the actual, prepetition claim is under the creditor's note, or what its collateral is. There is no indication of the value of its secured claim, and how that is arrived at.

The plan provides for zero interest, delayed payments, and that "SBA/Evergreen will have a secured claim of $970,184." Again, where does that figure come from? What is the present value of the secured claim after discounting for zero interest (i.e., what is the real principal amount being offered and at what interest rate). See, 11 USC § 1129(b)(2)(A). Is there an undersecured portion of the claim?

The plan does not describe in sufficient detail the terms of the proposed note (e.g., what are the acceleration provisions) or the deed of trust (what is the collateral, terms for the reserve, if any, etc.).

       If this creditor has consented to the terms, the disclosure statement should have said so, and a lot of the concerns I list would go away. If it hasn't, there will presumably have to be a cramdown hearing.

2- **Class S-1, Northrim/AIDEA**- I'm presuming you have settled this with Dennis Fenerty, but if there are still open term (such as the form of the note and deed of trust) there may be unresolved issues as described with Class S-2.
The description of S-1's treatment on page 9 is poorly designed – almost a page long, in one paragraph, interspersing numbers and narrative.

3- **SBA Disaster Loans Nos. 1 and 2**- These are apparently claims totaling about $686,000 which have some sort of security agreement or deed of trust. There is no explanation of why they are to be treated as unsecured or what there collateral is. If they have consented to this treatment (cancelling their security devices), fine, but the disclosure statement does not say.

4- **Value of the Assets Not Disclosed**- I may have missed it, but there is no present value given for each of the parcels of real estate, nor a showing of how they are encumbered.

       Nor is there is there a valuation of the personal property either, or a description of the encumbrances on the personalty.

5- **List of Unsecured Creditors**- I may have missed it, but I did not find a list of these creditors.

       As an aside, add the list of exhibits to your Table of Contents. It would make it easier to find things.

------- Herb Ross, USBJ

===========================================================
Herb Ross- US Bankruptcy Judge, Alaska (Recalled to Service)
Phone: 907.271.2630 - Fax: 907.271.2692 - Blackberry: 907.830.5410
E-Mail: herb_ross@akb.uscourts.gov
Website: www.akb.uscourts.gov
===========================================================